UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

WYLIE METHODIST CHURCH,

    Plaintiff,

v.                                                            No. 1:24-CV-134-H-BU

CHURCH MUTUAL INSURANCE
COMPANY S.I.,

    Defendant.

## ORDER

On July 8, 2025, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the plaintiff's motion for leave to file a third amended complaint (Dkt. No. 33) be denied. Dkt. No. 37. No objections were filed within 14 days.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR (Dkt. No. 37). The Court denies the plaintiff's motion for leave to file a third amended complaint (Dkt. No. 33).

So ordered on July 23, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE